In the Matter of the Application of CAROLINE STADELMANN, as Administratrix, etc., of JOHN STADELMANN, Deceased, Respondent, to Discover Certain Property of Said Deceased Claimed to Be Withheld. JOHANNA GINSTY and Another, Appellants.— Decree of the Surrogate's Court of Queens county unanimously affirmed, with costs, to be paid by appellants personally. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

In the Matter of the Application of ELIZABETH WAXSTEIN, Respondent, for a Mandamus Order against JOSEPH F. LOEHR, Mayor of the City of Yonkers, and Others, Appellants.— Alternative mandamus order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of Discovery Proceeding in the Estate of HARRY YARME, Deceased. LENA YARME, Administratrix, etc., of HARRY YARME, Deceased, Appellant; WILLIAM I. YARME, Respondent.— Order of the Surrogate's Court of Westchester county dismissing petition for discovery and adjudging that certain bank deposits are the property of respondent unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ. [148 Misc. 457.]

MINNIE KANDELL, Respondent, v. JOHN P. MAGNER, Appellant, and Others, Defendants.— Order striking out answer of defendant Magner and granting summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ., concur.

ROSE KANDELL and Another, Respondents, v. THE CITY OF NEW YORK, Appellant, and BENVENU CORPORATION, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

HERBERT S. KLEIN, Executor, etc., of CHARLOTTE KOPP, Deceased, Appellant, v. MICHAEL OAKLEY, Respondent.— Order denying motion to dismiss defendant's counterclaim affirmed, with ten dollars costs and disbursements, with leave to plaintiff to reply within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Carswell and Tompkins, JJ., concur; Davis, J., dissents.

AUGUST KOCH, Appellant, v. EMILY KOCH, Respondent.— Judgment dismissing plaintiff's complaint on the merits and granting defendant a separation on her counterclaim unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.